COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| Alberto Montelongo, | § | No. 08-16-00001-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D02224) |
| | § | |

**O R D E R**

Pending before the Court is Appellant's Motion to Abate the Appeal.   The motion is DENIED.

IT IS SO ORDERED this 22nd day of July, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.